**CAUSE NO. 2022-55231**

| | | |
|---|---|---|
| SETH DOUGLAS, individually and<br>derivatively on behalf of<br>SHERMAN PRODUCTION<br>SOLUTIONS, LLC d/b/a SHERMAN<br>PUMPS, LLC | § § § § § § § § § | IN THE DISTRICT COURT |
| *Plaintiffs/Third-Party Defendants,* | § | |
| v. | § | |
| MAXIMO TEJEDA, JR.,<br>PREMIER MESA HOLDINGS, LLC,<br>and<br>PREMIER DRILL PRODUCTS, LLC | § § § § § § | 61st JUDICIAL DISTRICT |
| *Defendants,* | § | |
| v. | § | |
| M&R EQUITY MANAGEMENT, LLC<br>and SHERMAN PRODUCTION<br>SOLUTIONS, LLC | § § § | |
| *Intervenors,* | § | |
| v. | § | |
| S&S INJECTION PUMPS LLC | § § | |
| *Third-Party Defendant* | § § | HARRIS COUNTY, TEXAS |

## <u>RULE 11 AGREEMENT</u>

This Rule 11 Agreement sets forth terms for conclusion of the above-captioned cause. At mediation on March 15, 2024, the parties agreed to the following:

1. Tejeda Jr and affiliated parties, and Douglas and affiliated parties, agree to stand down in the current litigation (including but not limited to outstanding discovery requests/responses and a motion for default), for a period of at least thirty days, with the understanding that a bankruptcy proceeding is anticipated on behalf of Sherman in the meantime.

To evidence their agreement to this Rule 11 Agreement, the Parties execute this Agreement below to be effective immediately as of March 15, 2024:

**DIAB LAW FIRM, PLLC**

By: */s/ Samy Diab*
Samy Diab
State Bar No. 24101697
12 Greenway Plaza, Suite 1100
Houston, TX 77046
Ph: 713-588-1657
Fax: 832-827-7583
Email: samy@diablawfirm.com
***Counsel for Seth Douglas and Affiliated Parties***

**HALL MAINES LUGRIN, P.C.**

By: *Misty Gasiorowski*
Misty Gasiorowski
Texas Bar No: 24075830
mgasiorowski@hallmaineslugrin.com
Williams Tower, Suite 6400
2800 South Post Oak Blvd.
Houston, Texas 77056
Telephone: 713.871.9000
Facsimile: 713.871.8962
***Counsel For Tejeda Jr. and Affiliated Parties***